**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6813**

———————

JULIAN EDWARD ROCHESTER,

                                    Petitioner - Appellant,

        versus

J. STROM THURMOND, JR., US Attorney; JENNIFER
ALDRICH, US Attorney,

                                    Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Henry M. Herlong, Jr., District
Judge.  (CA-03-3373-2-20AJ)

———————

Submitted:  November 10, 2004      Decided:  December 20, 2004

———————

Before LUTTIG, TRAXLER, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Julian Edward Rochester, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Julian Edward Rochester appeals the district court's order accepting the recommendation of the magistrate judge denying Rochester's petition for writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss on the reasoning of the district court. See Rochester v. Thurmond, No. CA-03-3373-2-20AJ (D.S.C. Apr. 19, 2004).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

*The district court did not address Rochester's demand for the recusal of certain judges. Our review of the record discloses that Rochester failed to make the requisite showing of impartiality, and denial of mandamus relief on this point was also appropriate. See United States v. Cherry, 330 F.2d 658, 665 (4th Cir. 2003).